IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACQUELINE K. LEE,

    Plaintiff,

v.

DAIRYLAND POWER COOPERATIVE,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-50-wmc

    This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Dairyland Power Cooperative against plaintiff Jacqueline K. Lee granting defendant's motion for summary judgment and dismissing this case.

| s/ K. Frederickson, Deputy Clerk | March 20, 2018 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |